890

No. 75–522. TALLANT ET AL. *v.* HENSON, U. S. MAR-SHAL, ET AL.; and

No. 75–5280. DUNN *v.* CALIFORNIA. Motions for leave to file petitions for writs of habeas corpus denied.

No. 74–1303. BISHOP *v.* WOOD ET AL. C. A. 4th Cir. Certiorari granted.

No. 74–1563. CITY OF EASTLAKE ET AL. *v.* FOREST CITY ENTERPRISES, INC. Sup. Ct. Ohio. Certiorari granted.

No. 75–19. UNITED STATES *v.* SANTANA ET AL. C. A. 3d Cir. Certiorari granted.

No. 75–185. LODGE 76, INTERNATIONAL ASSOCIATION OF MACHINISTS & AEROSPACE WORKERS, AFL–CIO, ET AL. *v.* WISCONSIN EMPLOYMENT RELATIONS COMMISSION ET AL. Sup. Ct. Wis. Certiorari granted.

No. 75–250. CITY OF CHARLOTTE ET AL. *v.* LOCAL 660, INTERNATIONAL ASSOCIATION OF FIREFIGHTERS ET AL. C. A. 4th Cir. Certiorari granted.

No. 74–1608. NATIONAL ASSOCIATION FOR THE AD-VANCEMENT OF COLORED PEOPLE ET AL. *v.* FEDERAL POWER COMMISSION; and

No. 74–1619. FEDERAL POWER COMMISSION *v.* NA-TIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE ET AL. C. A. D. C. Cir. Certiorari granted. Cases consolidated and a total of one hour allotted for oral argument. MR. JUSTICE MARSHALL took no part in the consideration or decision of these petitions. Re-ported below: 172 U. S. App. D. C. 32, 520 F. 2d 432.